F-24 (Revised 12.26 2014)

HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS
PETITION UNDER 28 USC § 2254 FOR WRIT OF

| United States District Court | District | Southern District of Indiana |
|---|---|---|

| Name: Joshua Love | Prisoner No. 121292 | Case No. WVW 22-12-0042 |
|---|---|---|

Place of Confinement: Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
Carlisle, IN 47838

| Name of Petitioner (include name under which convicted) | Name of Respondent (Superintendent/Warden having custody of petitioner) |
|---|---|
| Joshua Love | Frank Vanihel |
| V. | |
| The Attorney General of the State of Indiana | |

**FILED**
07/12/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:23-cv-00344-JRS-MG

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt of conviction under attack: W.V.C.F, 6908 S. Old U.S. Highway 41, Carlisle, IN 47838

2. Date of Guilt determination: 12-30-22

3. Sanction(s) imposed: Phone loss 1-3-23 thru 2-10-23 also Credit Class demotion / tec loss

4. Nature of rule infractions involved (all counts): Disorderly conduct (B) case number # 236

5. What was your plea? (Check one)

   (a) Not guilty ☒

   (b) Guilty ☐

   (c) Nolo Contendre ☐

6. If you plead not guilty, what kind of Disciplinary Hearing did you have? (Check One)

   (a) Screening Officer Hearing ☐

   (b) Full Hearing ☒

   (c) Other ☐

7. Did you testify at your disciplinary hearing?

   Yes ☑  No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?

   Yes ☑  No ☐

9. If you did appeal, answer the following:

   (a) Name and Title of Institutional Reviewing Authority: Facility Head at WVCF

   (b) Result of Appeal: guilty

   (c) Date of Result: 12-30-22

   (d) Grounds Raised: 1) Punished twice for same offense; 2) No Evidence

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

   (1) Name and Title of Higher Reviewing Authority: Indiana Government Center - South

   (2) Result of Higher Appeal: modified to Interfering with Staff B252

   (3) Date of Result: March 14, 23

   (4) Grounds Raised: 1) Punished twice for same offense; 2) No Evidence

10. Other than the administrative appeals from the judgment of conviction and sanction(s), have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any Court, State or Federal?

    Yes ☐  No ☑

-2-

11. If your answer to 10 was "Yes", give the following information:
    (a) (1) Name of court: _____

    (2) Nature of Proceeding: _____

    (3) Grounds Raised: _____

    _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, motion or application?

    Yes ☐   No ☐

    (5) Result: 

    (6) Date of Result:

    (b) Did you appeal to the highest State Court having jurisdiction over the result of action taken on any petition, motion or application?

    Yes ☐   No ☑

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. *If necessary, you may attach pages stating additional grounds and facts supporting same.*

    **CAUTION**: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

    (A) GROUND ONE: Punished twice for same offense

    SUPPORTING FACTS (STATE BRIEFLY WITHOUT CITING CASES OR LAW): On 12-16-22 Officer C/O K. Sider wrote me up twice for same incident of conduct Report WVe 22-12-0041 Refusing An Order code-347 also disorderly conduct WVe 22-12-0042

3

(B) GROUND TWO: No evidence

SUPPORTING FACTS (STATE BRIEFLY WITHOUT CITING CASES OR LAW): The evidence only available was a video which is said to have freezed during said disorderly conduct; in which fails to prove any wrong doing by petitioner. Such evidence is what is said to been used to conclude a guilty finding.

(C) GROUND THREE: 

SUPPORTING FACTS (STATE BRIEFLY WITHOUT CITING CASES OR LAW): 

13. If any of the grounds listed in 12 A, B, and C were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

4

F-24(Revised 12.26 2014)

14. Do you have any petition, motion, application or appeal now pending in any court or administrative Hearing Body, either state or federal, as to the Disciplinary Action under attack?

   Yes ☐    No ☑

15. Give the name, title, and/or DOC numbers, if known, of each offender, or any staff / inmate lay advocates, who represented you in the following stages of the disciplinary proceedings of the judgment under attack herein:

   (a) At disciplinary hearing: _____

   (b) At Institutional Level Appeal: _____

   (c) At IDOC Level Appeal: _____

WHEREFORE, Petitioner prays that the Court grant Petitioner the following relief to which he may be entitled in this proceeding. As well as any other relief to which the Petitioner is entitled under law.

_____Joshua Love_____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on: ___7-12-23___
                                                                                          Date
                                                                                  [Month / Day / Year]

_____Joshua Love_____
Signature of Petitioner

5